# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-2978
_____

JONATHON JACOBS,

    Appellant,

    v.

JOSEPH MICHAEL NACKASHI,

    Appellee.

_____


On appeal from the Circuit Court for Duval County.
Thomas M. Beverly, Judge.

March 6, 2018


PER CURIAM.

    AFFIRMED.

LEWIS, KELSEY, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Seth Schwartz and Albert J. Tasker IV, The Schwartz Law Group, P.A., Jacksonville, for Appellant.

Thomas E. Bishop and Helen P. Roberson, Tanner Bishop, Jacksonville, for Appellee.